UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 8:26-cv-00005-DFM | Date: | June 15, 2026 |
|---|---|---|---|
| Title | Jesse M. Rickard v. PNC Bank, N.A. et al | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Not Present |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

| Proceedings: | (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO PROSECUTE |
|---|---|

On April 27, 2026, the Court issued an Order granting Defendant PNC Bank, N.A.'s Motion to Dismiss. See Dkt. 22. The Court dismissed Plaintiff's first and second causes of action without leave to amend, and dismissed Plaintiff's third and fourth causes of action with leave to amend. See id. The Court directed that Plaintiff "shall have thirty (30) days from the date of this Order to file a First Amended Complaint" and expressly cautioned that "[f]ailure to do so will result in dismissal." Id.

The deadline to file a First Amended Complaint expired on May 27, 2026. As of the date of this Order, Plaintiff has not filed a First Amended Complaint, requested an extension of time in which to do so, or otherwise responded to the Court's April 27, 2026 Order. A district court may dismiss an action for failure to prosecute or to comply with a court order. See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-31 (1962).

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE**, in writing and no later than fourteen (14) days from the date of this Order, why this action should not be dismissed with prejudice for failure to comply with the Court's April 27, 2026 Order and failure to prosecute.

The timely filing of a First Amended Complaint within the fourteen-day period will discharge this Order to Show Cause, and no separate written response will be required. Alternatively, Plaintiff may file a written response setting forth good cause why this action should not be dismissed.

///

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Plaintiff is cautioned that the failure to file either a First Amended Complaint or a written response within the time permitted will be deemed consent to dismissal of this action and will result in dismissal of this action with prejudice and the entry of judgment without further notice. See L.R. 7-12.